IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DALE MAISANO,                )
                             )
    Plaintiff,                )
                             )
v.                           )   Case No. 3:14-mc-00216
                             )
JOHN MODRZEJEWSKI, et al.,   )   Chief Judge Haynes
                             )
    Defendants.              )

## ORDER

The complaint in this case is frivolous and fails to comply with the Order and Restraining Order entered by Senior United States District Judge Stephen M. McNamee on August 11, 1992. *See Maisano v. Lewis*, CIV 92-1026-PHX-SMM (MS) (D. Ariz. Aug. 11, 1992) (Order and Restraining Order). Pursuant to the Restraining Order, any "[f]ailure to comply strictly with [its] terms ... will be sufficient ground to deny leave to file." *Id.* Because Plaintiff made no attempt with his current filing to comply with the Restraining Order, the present complaint is hereby **DISMISSED WITHOUT PREJUDICE.** An appeal of this order would not be in good faith, and the Court will not grant leave to appeal *in forma pauperis*.

The Clerk is **DIRECTED** to assign a civil action number to this case, to enter judgment and to close the case, in accordance with Rule 58, Fed. R. Civ. P.

It is so **ORDERED**.

ENTERED this the 31st day of January, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court